ROBERT E. HILL, RESPONDENT, *v.* JOHN W. NORTHRUP, FLAVILLA NORTHRUP, IMPLEADED, ETC., APPELLANTS.

*Promissory note — given to compromise felony — Bona fide owner — Evidence — order of reception of.*

In an action upon a promissory note, the defense was set up, that it was given to compromise a felony. The court refused to allow the defendant to show this fact, unless he first showed that the plaintiff was not a *bona fide* owner of the note. *Held*, that this was not an error—that the court had a right to determine the order in which evidence should be introduced—and that, as the facts which the defendant offered to show would not constitute a defense unless the plaintiff was shown not to be a *bona fide* purchaser, it was proper that the latter fact should be first shown.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*H. C. Miner*, for the appellants.

*Fuller, Vann & Brooks*, for the respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.